**MEMO ENDORSED**

*Handwritten annotation: 12/1/2020 All proceedings are stayed for 60 days. The pending (#30) motion to dismiss is to be closed and removed from the court's list of open motions.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

HENRY DICKERSON,

        Plaintiff,

-against-

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, and PORT AUTHORITY
OF NEW YORK & NEW JERSEY,

        Defendants.

---------------------------------------------------------- X

Index No. 1:20-cv-03089-CM

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/20

    Plaintiff, HENRY DICKERSON, and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") (collectively the "parties")[1], through their respective undersigned counsel, hereby notify the Court that on November 25, 2020, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within forty-five (45) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for forty-five (45) days pending the finalization of the release and settlement agreement.

    WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for forty-five (45) days.

---

[1] Plaintiff voluntarily dismissed Defendant Port Authority of New York & New Jersey on November 21, 2020. (ECF No. 35.)

66969817v.1

Dated: November 30, 2020

By: /s/ *Heather D. Lee* (*with permission*)
Heather D. Lee
Law Offices of Heather D. Lee PLLC
445 Broad Hollow Road, Suite 25
Melville, NY 11747
352-316-9520
Fax: 215-405-2913
heather@life-insurancelawyer.com

Attorneys for Plaintiff HENRY DICKERSON

/s/ *Jacob Oslick*
Jacob Oslick
joslick@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

66969817v.1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY to be served upon the following, by the Court's electronic case filing (ECF) system, on this 30th day of November, 2020:

>Heather D. Lee
>Law Offices of Heather D. Lee PLLC
>445 Broad Hollow Road, Suite 25
>Melville, NY 11747
>352-316-9520
>Fax: 215-405-2913
>heather@life-insurancelawyer.com

/s/ Jacob Oslick
Jacob Oslick